UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

MISCELLANEOUS NO. 1:09mc38

FILED
ASHEVILLE, N.C.
AUG 27 2009
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN RE:   OFFICIAL COURT CLOSING

## ORDER

**THIS MATTER** is before the Court upon its own motion.

The U.S. District Court for the Western District of North Carolina Asheville Division will be closed in Honor of Lacy H. Thornburg's retirement ceremony on Friday, August 28, 2009, from 9:00 to 11:00 A.M. The U.S. Marshal Service is authorized to secure and close the federal courthouse for this event.

**IT IS, THEREFORE, ORDERED** this 27th day of August, 2009.

Robert J. Conrad, Jr., Chief
U.S. District Court Judge